KDE
F.#2015R00270

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    - against -<br><br>RENATO BARCA, JR.,<br>    also known as "Ronny,"<br>ANDREW CAMPOS,<br>GEORGE CAMPOS,<br>JAMES CIACCIA,<br>BENITO DIZENZO,<br>    also known as "Benny,"<br>VINCENT FIORE,<br>MARK KOCAJ,<br>    also known as "Chippy,"<br>RICHARD MARTINO,<br>JOHN SIMONLACAJ,<br>    also known as "John Si" and<br>    "Smiley,"<br>FRANK TARUL,<br>    also known as "Bones," and<br>MICHAEL TARUL,<br>    also known as "Perkins,"<br><br>               Defendants. | P R O P O S E D   O R D E R<br><br>CR <u>19-575</u> |

- - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Keith D. Edelman and Kayla C. Bensing, for an order unsealing as to the defendants RENATO BARCA, JR., also known as "Ronny," ANDREW CAMPOS, GEORGE CAMPOS, JAMES CIACCIA, BENITO DIZENZO, also known as "Benny," VINCENT FIORE, MARK KOCAJ, also known as "Chippy," RICHARD MARTINO, JOHN SIMONLACAJ, also known as "John Si" and "Smiley," FRANK TARUL, also known as "Bones," and MICHAEL TARUL, also

known as "Perkins" (i) a redacted version of the indictment relating to these defendants; and (ii) the arrest warrants relating to these defendants but that all other documents filed under seal in the case remain under seal.

WHEREFORE, it is ordered that, as to the defendants RENATO BARCA, JR., also known as "Ronny," ANDREW CAMPOS, GEORGE CAMPOS, JAMES CIACCIA, BENITO DIZENZO, also known as "Benny," VINCENT FIORE, MARK KOCAJ, also known as "Chippy," RICHARD MARTINO, JOHN SIMONLACAJ, also known as "John Si" and "Smiley," FRANK TARUL, also known as "Bones," and MICHAEL TARUL, also known as "Perkins," (i) a redacted version of the indictment relating to these defendants be unsealed and (ii) the arrest warrants relating to these defendants be unsealed but that all other documents filed under seal in the case remain under seal.

Dated: Brooklyn, New York
\_\_\_\_December 5_____, 2019

*Ramon E. Reyes, Jr.*
HONORABLE RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK