

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KDE
F. #2015R00270

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 5, 2019

<u>By E-mail and ECF</u>

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Renato Barca, et al.
                 <u>Criminal Docket No. 19-575</u>

Dear Judge Reyes:

      The government respectfully moves for an order unsealing a redacted form of the indictment and certain arrest warrants in the above-captioned matter.

                                    Respectfully submitted,

                                    RICHARD P. DONOGHUE
                                    United States Attorney

                    By:         /s/
                                    Keith D. Edelman
                                    Kayla C. Bensing
                                    Assistant U.S. Attorneys
                                    (718) 254-6328/6279

Enclosure

cc:    Clerk of Court (by ECF)
        All Counsel (by ECF)