# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   **Sanket J. Bulsara**          DATE: **12/6/19**

DOCKET NUMBER:   **19CR575(FB)**          LOG #: **3:40 - 3:57**

DEFENDANT'S NAME: **John Simonlacaj**
✓ Present   ___ Not Present      ✓ Custody   ___ Bail

DEFENSE COUNSEL: **Glenn Colton**
___ Federal Defender   ___ CJA   ✓ Retained

A.U.S.A: **Keith Edelman**          CLERK: **Felix Chin**

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

✓ DETENTION HEARING Held.   ✓ Defendant's first appearance.

  ✓ Bond set at **$250,000**.  Defendant ✓ released ___ held pending satisfaction of bond conditions.
  ✓ Defendant advised of bond conditions set by the Court and signed the bond.
  **3** Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start **12/6/19** Stop **1/16/20**

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for **1/16/20** @ **2:30** before Judge **Block**

Other Rulings: _____