UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------ X

| | |
|---|---|
| UNITED STATES OF AMERICA | [PROPOSED] ORDER ON CONSENT |
| – against – | |
| JOHN SIMONLACAJ, | 19-CR-575 (FB) |
| Defendant. | |

------------------------------------------------ X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 27 2019 ★

BROOKLYN OFFICE

WHEREAS, Defendant John Simonlacaj voluntarily surrendered and was placed under arrest on December 6, 2019 relating to the charges in the above-referenced case;

WHEREAS, also on December 6, 2019, United States Magistrate Judge Sanket J. Bulsara ordered Defendant John Simonlacaj released on bail and adopted the parties' recommended bail package of a $250,000.00 personal recognizance bond co-signed by three financially responsible persons with the property at ⸱

(the "Property") serving as security for the personal recognizance bond;

WHEREAS, the parties recognize that the Property should remain available as security for the personal recognizance bond; and

WHEREAS, Defendant John Simonlacaj and two of his suretors, Simon Simonlacaj and Santa Simonlacaj (collectively the "Suretors), are the sole owners of the Property;

IT IS HEREBY ORDERED, on consent, between the United States and Defendant John Simonlacaj that:

1. Neither defendant John Simonlacaj nor his Suretors shall sell, transfer, mortgage or otherwise encumber the Property, or do anything to intentionally reduce its value while Defendant John Simonlacaj is on bail, nor shall they attempt or cause another to do so.

2. If the Court determines that Defendant John Simonlacaj has failed to obey any condition of his release and after notice and opportunity to be heard enters an order requiring forfeiture of the personal recognizance bond, the United States will petition to have the Property forfeited pursuant to this agreement to satisfy an outstanding money judgment, up to the amount of the bond ($250,000.00), and Defendant John Simonlacaj and his Suretors shall not challenge, contest or otherwise object to such sale, nor shall they attempt or cause another to do so.

3. The prohibition in the above-referenced paragraphs will continue as long as Defendant John Simonlacaj is on bail or until this Order is otherwise amended by further order of the Court.

Dated: Brooklyn, New York
       December 20, 2019

ACCEPTED AND AGREED:

_____
John Simonlacaj

_____
Simon Simonlacaj (Suretor)

_____
Santa Simonlacaj (Suretor)

Dated: Brooklyn, New York
       December 23, 2019

SO ORDERED:

s/ FB
_____
United States Magistrate Judge