Clerk's Office
Filed Date:

1/21/2021

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

**UNITED STATES OF AMERICA,**

        -against-

**JOHN SIMONLACAJ,**

                  **Defendant.**
-------------------------------------------------------x

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

Docket No. 19-CR-00575 (FB)

# CONSENT TO HAVE A PLEA TAKEN
## BEFORE A UNITED STATES MAGISTRATE JUDGE

    The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned, rather than the Magistrate Judge, will conduct the plea allocution.

    After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

*John Simonlacaj*
_____
**Defendant**

*Glenn Colton*
_____
**Defendant's Attorney**
Glenn Colton, Esq., Arent Fox LLP

_____
**U.S. Attorney**
**by AUSA**

**Dated: January 12, 2021**
       **Brooklyn, New York**

        **BEFORE:** /s Roanne L. Mann
                  **ROANNE L. MANN**
                  **UNITED STATES MAGISTRATE JUDGE**