# CRIMINAL CAUSE FOR PLEADING

**BEFORE:** Magistrate Judge Roanne L. Mann   **DATE:** January 12, 2021   **TIME:** 10:30 am-11:45 am

**DOCKET #** 19-CR-575 (FB)

**DEFENDANT:** George Campos
  X  present ___ not present   ___ cust.   X  bail

**DEFENSE COUNSEL:** Florian Miedel
  X  present ___ not present ___ CJA  X  Retained  ___ Fed. Defenders

**DEFENDANT:** Benito Dizenzo
  X  present ___ not present   ___ cust.   X  bail

**DEFENSE COUNSEL:** James Monteleon
  X  present ___ not present ___ CJA  X  Retained  ___ Fed. Defenders

**DEFENDANT:** John Simonlacaj
  X  present ___ not present   ___ cust.   X  bail

**DEFENSE COUNSEL:** Glenn Colton
  X  present ___ not present ___ CJA  X  Retained  ___ Fed. Defenders

**A.U.S.A.:** Keith Edelman   **CLERK:** J. Proujansky

**COURT REPORTER:** C. Heading

  X   CASE CALLED

DEFTS.   X   SWORN
  ___   ARRAIGNED
  X   INFORMED OF RIGHTS
  X   WAIVE TRIAL BEFORE DISTRICT COURT

  ___   INITIAL APPEARANCE

  X   DEFT GEORGE CAMPOS ENTERS **GUILTY PLEA** TO COUNT 10 OF THE INDICTMENT

  X   DEFT BENITO DIZENZO ENTERS **GUILTY PLEA** TO COUNT 18 OF THE INDICTMENT

  X   DEFT JOHN SIMONLACAJ ENTERS **GUILTY PLEA** TO COUNT 21 OF THE INDICTMENT

  X   COURT FINDS A FACTUAL BASIS FOR THE PLEAS.

  X   SENTENCING TO BE SET BY PROBATION

    \_\_\_\_    BAIL CONT'D FOR DEFT.
    \_\_\_\_    DEFT CONT'D IN CUSTODY.
    \_\_\_\_    CASE ADJ'D TO _____  FOR _____

    \_\_\_\_    **SPEEDY TRIAL** INFO FOR DEFT _____  STILL IN EFFECT
            CODE TYPE _____ START _____ STOP _____
            \_\_\_\_ORDER / WAIVER EXECUTED & FILED.   \_\_\_ ENT'D ON RECORD.

**OTHER:** PARTIES CONSENT TO PROCEED BY VIDEO. THE COURT FINDS THAT A REMOTE PROCEEDING IS NECESSARY BECAUSE OF THE COVID-19 PANDEMIC.  RULE 5 BRADY ORDER STATED ON THE RECORD.  PURSUANT TO FEDERAL RULE 11 OF CRIMINAL PROCEDURE, MAGISTRATE MANN DID ADMINISTER THE ALLOCUTIONS. A FINDING HAS BEEN MADE THAT THE PLEAS WERE MADE KNOWINGLY AND VOLUNTARILY AND THE PLEAS WERE NOT COERCED.  THE MAGISTRATE RECOMMENDS THAT THE PLEAS OF GUILTY BE ACCEPTED.