# EXHIBIT 2

The Honorable Fredric Block             January 1,2021

United Sates District Judge

Eastern District Of New York

225 Cadman Plaza East

Brooklyn N.Y. 1120

Dear Honorable Fredric Block,

    I am writing this letter concerning John Simonlacaj.I have known John 33 years. My name is Zef Frrokaj and I am a resident of Michigan. I am an owner of a small business. I just want to start out to say John has been a very good friend to me. He is a genuine, generous person. A great family man, loving father, and husband. I personally know John, he helps friends, family, and our church communities. He is a committed hard-working person. I am asking you for leniency on sentencing for John. I believe and know in my heart that he will continue to do the right things in life.

Sincerely,

*Zef Frrokaj*

Zef Frrokaj