# EXHIBIT 4

January 4, 2021

The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Block,

My name is Terezina Gega and I am writing you today to tell you a little bit about my experiences with John Simonlacaj. I have known John for more than 18 years since my nephew Gilbert married John's sister Rita. Even though we are a very large family of in-laws, John has welcomed all of us with open arms and done so much more than anyone would ever expect.

When I first came to the United States, I was seeking political asylum and came here with literally nothing. John was there for me. He helped me find my first job as a live-in nanny. He helped me find an immigration lawyer to help me with the necessary documents. I didn't know the language and he would help me to translate. I was terrified for my family, and my situation was so uncertain, I would lose hope that I would ever be reunited with my children; John would always be there to raise my hopes again and to give me the courage to keep going.

When my husband also came, John helped us find our first apartment in the Bronx and even went so far as to pay our rent for the first 6 months. He took my husband shopping for clothing and boots as soon as he came. When my husband couldn't find a job (he was a mechanic before coming to the US) because he didn't know the language and was older, John helped him get a job as a porter in Manhattan. When my husband was stuck in a snowstorm with no way to get home, John left the safety of his own home to go pick him up and bring him safely to ours.

These are just a few examples of the things John has done for my family. The most wonderful thing about John is his giving nature. He doesn't just give money, but he gives of himself. He gives you his time, his support, and his friendship. The kindness he has shown our family has helped us in the most fundamental of ways. It would be very difficult for me to name a kinder or more generous man. Thank you for reading.

Sincerely,

Terezina Gega