# EXHIBIT 5

From:
Subject: To: Honorable Frederic Block
Date: Nov 30, 2020 at 5:29:34 PM

To: Honorable Frederic Block

My name's Kolja Gjonaj I live at
I lived in former communist Yugoslavia and emigrated to this great country in 1986. This was one of my biggest achievements and happiest day of my life. When I got engaged and married with my beautiful wife Maria I was as happy as I ever could be. When John Simonlacaj chose to marry my sister in law, that was a God's gift, also unforgettable experience knowingly that this was one of the most honorable and most religious family in Albanian community in N/Y.
This was a hard working successful family.
John Simonlacaj is a great person, religious and never ever would hurt anybody for any reason at any time.
He visited us quite few times. If you would want to pick a perfect person John would be the one. I can assure you that, knowingly John never would do anything wrong or hurt anybody. He is just a good guy, good husband and excellent family person. When our new "Saint Paul's Albanian Church" in Rochester Hills, was built they show a great generosity of contributions. God's on his side. God bless you, and USA

Kolja Gjonaj,

Sent from Yahoo Mail on Android