# EXHIBIT 6

December 15, 2020

The Honorable Frederic Block
United States District Court
Eastern District Court of New York
225 Cadman Plaza East Brooklyn, NY 11201

Dear Honorable Judge Block,

 My name is Maria Gjonaj I reside at [REDACTED]. I am writing this letter to respectfully request leniency on the sentencing of my brother in law John Simonlacaj, I have known John for over 26 years, he is married to my little sister. He is a wonderful, caring father to my nieces and nephew as well as a devoted husband to my sister and son to his elderly parents he also lives with and cares for. He always puts his family first, every time throughout the years, weather we visited New York or he came to Michigan he went out of his way to make sure my kids experienced something new or just had a good time. Some of my kids best childhood memories were thanks to John. He is always giving to the people in his life, and the needy through food or money donations to our churches. I have met a more giving and selfless person.

Sincerely, Maria Gjonaj
[REDACTED]