# EXHIBIT 7

From,

Simon Gjonaj

Date of Birth: ███

███████████

To,

The Honorable Frederic Block

United States District of New York

225 Cadman Plaza East, Brooklyn, NY 11201

 My Name is Simon I'm John's nephew. I'm the oldest of 11 grand kids. I grew up in a middle-class family. I'm self-employed working as a commercial insurance broker. I started my business from nothing doing door to door sales, and now I'm fortunate to be one of the top brokers in my region. I realize you don't know much about our family, so let me tell you a few stories from my prospective.

 I remember growing up as a kid, I used to take trips to New York all the time. When I was 12 years old, I had a mop hairstyle, I thought I was the coolest kid in school. On one particular occasion we flew out to JFK, my aunt picked us up, and drove straight to the house. I greeted everyone as I walked through the door, unloaded my luggage, turned around and there was John staring at me. I said "Hi John" and gave him a hug. All he said to me was "I can't look at you all weekend like that". We jumped in the car and drove straight to the city, listening to classic rock, and talking about life. I got my haircut and gained a valuable lesson during that experience. To this day I keep my haircut aligned with my personal goals. As a kid and teenager, I always remember John as making a positive difference in my life. The moments that stick out to me the most is when we had our one-on-one time. He would always ask how he could help, and if I needed anything. He would always answer my questions, and give good advice. He would listen intently, and treated me like an equal. I always appreciated that.

 I look back now and realize he really made an effort to get through to us in our formative years. He wanted to make sure we lived out our full potential. He wanted to do his part in making us good people and valuable members of society.

 More recently, In June of 2019, I flew out to Westchester County Airport for an important wedding. I stayed at John's house that weekend from Friday to Monday. I had an amazing time. I went to the city, did some shopping, seen some other relatives, and knocked a few things off of my bucket list like eating one of those big sandwiches from Katz's Deli. The weather was great I took full advantage and enjoyed myself to the maximum, it was well needed.

 I'd like to think I have great personal discipline, and a part of that means I wake up before anyone else does, no matter what, even after a wedding party. During that same trip another special moment stuck out to me. I'm sitting in John's family room early Sunday morning, it must have been around 7:30am, waiting for everyone to wake up. John walks down stairs fully suited and booted, looks

at me for a few seconds, and asks "Simon, you want to go to church?". He waited for me to get ready and we both went to mass that morning.

I see a man that has created an amazing family, he maintains intense relationships with friends, he gives back to his community, he's achieved a high level of success professionally, and he keeps peace with God. I want to be that man. I wish everyone had an Uncle John.

