# EXHIBIT 8

Nikolin Gjoni

January 4, 2021

RE: Mr. John Simonlacaj

To the Honorable Judge Frederic Block,

I am blessed to have known Mr. Simonlacaj since childhood. John has been like a father to me for as long as I can remember. He had first come into my life when he helped my father secure a position as a superintendent at the building my family has lived at now for 13 years. This was something that my family will always be indebted to him for, as it gave us more opportunities than I could begin to explain.

From a young age, I can remember John's protective and joyful personality always looking out for me. He treated me like his own son and I soon came to realize he was just as welcoming and kind to everyone else around him.

When I came of working age, John was the first person to give me the chance to branch out on my own and obtain a job as a doorman. This not only helped my family financially but allowed me to begin supporting myself and become independent. Because of this I acquired people skills, worked hard, and was able to further my career. I became interested in buildings and construction which eventually led to me opening my own company.

As I grew older, I was welcomed into his family and became close friends with his son. It became clear how John instilled the same qualities in his loved ones and wanted them to be good, honest, and kind just as I have seen him be to others.

I admired John's work ethic and his generosity which inspired me to be more of a helping hand to my family and society. He pushed me to be the best version of myself, focus on my studies, and work harder in all areas of my life. Even countless times at job sites he made sure to always check on how I was doing and ask if I needed any help, to no benefit of his own.

I will never be able to repay John for what he has done for me. My life would be drastically different if it were not for him recognizing the potential I did not see in myself. He was determined to help me succeed and better my life. I am aware of his legal situation; however, I fully support him and his family. I ask for leniency and the chance to prove what a good-hearted individual he really is. Please allow him the opportunity to help others as he did me.

Sincerely,

Nikolin Gjoni