# EXHIBIT 9

Tom Gjoni

<!-- redacted -->

January 4, 2021

RE: Mr. John Simonlacaj

To the Honorable Judge Frederic Block,

I am writing this letter on behalf of Mr. John Simonlacaj. I have had the pleasure of being acquainted with John for over 15 years now. Though I am aware of his legal situation, I hope this letter will shed light on his good moral character and positive contribution to those around him.

Not only has John been a close friend, but also helped in my pursuits to secure a job here in America. As an Albanian immigrant who arrived in this country without knowledge of the language, and a family to provide for, he gave me an opportunity to become a superintendent of a residential building where I have resided now for 13 years. This not only secured me a job, but also a place to live, putting a roof over my family's head to support them. Because of this, my children were given access to a better education and a stable environment. He then went on to give me a second job opportunity at HFZ Capital Group which I have been a part of now for 8 years. This allowing me to even further my career and pursuit of a great life.

Throughout the duration I have known John, he has proved to be an honest, hardworking, and thoughtful man. Prioritizing his family and loved ones, I have only ever seen a good-hearted individual who wishes the best for those around him.

I have witnessed John not only care for myself and my family, but the entire Albanian community where he could. Giving assistance to those in need and creating equal opportunities for them to succeed in their lives.

I truly hope this letter has helped in better understanding what kind of person John is. I would like to ask for leniency on his behalf as well as his family's. I will forever be thankful for what he has done for me and my loved ones and believe this decision will not be regretted.

Sincerely,

*[signature]*

Tom Gjoni