# EXHIBIT 10

> December 15, 2020
>
>
> The Honorable Frederic Block
> United States District Judge
> Eastern District of New York 225 Cadman Plaza East Brooklyn, NY 11201
>
>
> My name is Augustine Gojcaj, I am a father to my son ▉▉▉▉▉▉ and a husband to my wife violet-and I manage real estate for a living.  I am writing this letter to you on behalf of my life long friend John Simolacaj.  I have known John most of my life,  our families are  members of the same church and we met as young kids at Sunday mass.  Our fathers together had devoted much time and money to help rebuild churches in many poverty stricken towns throughout our country of Albania. During these times our families spent a lot of time together and became great friends
>   I have always looked up to John and respected him a great deal,  as we were growing up , I always looked to John for guidance and advise.  I remember we had just dropped our fathers off at J.F.K airport , they were on there way to Calcutta to attend Mother Teresa's funeral.  On our ride back home John had a talk with me that always stayed with me,  he talked about the importance of our actions and how our actions affect not only us but also the people closest to us, for example our parents who worked so hard and come so far could be hurt or embarrassed by what we do,  I was younger and John was trying to convey the importance of respect for our parents and respect for what they have accomplished  and how we could tarnish all of that by losing sight of God and doing the right thing.  Religion has always been a huge part of our lives.  Our forefathers were invaded by the Ottoman Empire and later were overtaken by the communist regime.  Our parents escaped to save their lives and save what was most  sacred to them, their religion and belief in God.   This is why religion has always been so dear to us and John was never shy talking about Jesus and  his role in our lives.  It is these beliefs and values That have made John a terrific son, great husband and an amazing father to his children.  He has tried to pass on to his children the lessons our parents have taught us,  John takes his children and has taken my son along with other children 3 or 4 times a year, every year to donate canned goods and necessary items to local churches.  He picks up the kids and goes shopping, loading up his truck and making rounds helping the less fortunate.  I remember when we suffered the attacks of 9-11!, John was selfless in his attempts to help. He would drive down to the sight with his truck loaded with supplies such as water, lights etc..to help how ever he could.  He always stepped up when he could offer help of any kind to anybody who needed it.
>   I understand that John has plead guilty to a federal offense and am certain that John along with his family are devastated.  John's parents live with him and I can not imagine what they are feeling along with his wife and children when the thought of sentencing enters their mind.  This is an amazing family with so much love  that has done so much to help so many people, I ask that you find it in your heart to show John leniency when he comes before you.  He is a good man, what ever mistake or bad decision he has made,  I am sure that the pain he has already caused himself and his family is something he will carry forever and I am sure that John will strive to be the best person he can be going foward, for himself and his family.
>
>   Sincerely,

1

> Augustine Gojcaj
>
> Sent from my iPhone