# EXHIBIT 11

The Honorable Frederic Block                                     December 29,2020

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn N.Y. 1120


Dear Honorable Judge Frederic Block ,


    My name is Edoardo Gojani .  I reside in ▮▮▮▮▮▮▮▮▮▮▮▮▮. I am a business owner and operator of a restaurant also have investment property. A father of (3) three and husband. I am writing to you to tell you the character of my good friend John Simonlacaj. I know John for 35 Years. I am so glad of the friendship we have.  He is a devoted family man, father of three, and husband . All the way back to our youth he was always one to lend a helping hand expecting nothing in return. Be it with his knowledge or making time for us.  Guiding us in the right direction. I could rely on him always in the time of need. He is a very hard working and religious man. He is a kindhearted and very responsible, and respectful individual. I have observed him helping strangers of what he could, and he is always there for his loved ones, and friends. Also, he is one to help out, be it for charitable donations, or for what he could for the church and community. I have always known him as honest and sincere person. I respectfully ask of you that you please give a heart felt consideration of all the good that John has done and give him leniency. He truly is a good person.


Sincerely,

*[signature]*

Edoardo Gojani

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮