# EXHIBIT 12

# Community of Franciscan Sisters of the Renewal
## Our Lady Queen of Angels Convent



January 2, 2021

The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

To the Honorable Frederic Block:

    I am a religious sister, a member of the Franciscan Sisters of the Renewal, who has known John Simonlacaj for two years. Our community serves the poor and homeless in the Bronx, Harlem, and Atlantic City, NJ, as well as in England and Ireland. John has been a tremendous support to our food pantry both in the Bronx and in Harlem. Responding to the notice in the church bulletin, he called offering help. To our incredible surprise, he brought us an entire truckload of non-perishable food! Throughout the last two years John has always been prompt, cheerful and extremely generous every time I have asked for assistance. On two occasions the shelves in our food pantry were empty, and I feared we would have to decline helping the families who were asking for help. Both times John came within days of my call, and each time he brought an entire truckload of food. Simply put, our food pantry would have temporarily closed in the middle of the pandemic were it not for John Simonlacaj's help.

    It is evident, too, that he is a loving and attentive father. He often brings his children with him to help purchase and deliver the food, teaching them how to serve others with joyful generosity. His manner toward his children is affirming and encouraging.

    I believe mercy is warranted and would not be regretted. Therefore, I kindly ask that you offer John Simonlacaj leniency.

Respectfully,

*Sr. Elizabeth Hogan, CFR*

Sr. Elizabeth Hogan, CFR