# EXHIBIT 16

The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Block,

My name is Victoria Kolndreu and I am John Simonlacaj's younger sister. Having had the experience of watching him develop into a responsible, generous and all around well regarded adult has made me proud to call him my big brother.

My siblings and I come from parents who immigrated to the U.S. for a better life for their children. They worked long hours at two jobs, to create a life for us, for most of our childhood. John and my older sister were left responsible for taking care of my younger sister and I as well as charged with many other parental type tasks. Being older by seven years, he led by example and showed me what it meant to be reliable, trustworthy and kind. It was John who walked me to and from school daily including my first day of kindergarten. It was my first school experience and I recall being very anxious. He assured me all would be okay and we would leave early so that we could meet the teacher before school began. I vividly recall him standing in the school yard waving as I walked in apprehensively, but knowing that when school let out he would be there. That's who John always was and is, someone who leads his life with integrity no matter the situation. I have lived my whole life with a sense of security knowing that he would be in my corner no matter the situation.

As an educator for over 20 years, I can say with total confidence that there are few people that I have ever met that lead their life with such strong moral character. There are many examples that spring to mind that exemplify how generous John is but they are all overshadowed by his humility. He never boasts or even casually mentions the many times he has donated resources or his time to many charitable organizations or a family member or friend in need. It only ever comes to our attention when the other person is grateful that it comes up in conversation. His ego and self-interest is always secondary. As a mother, I feel very lucky

that my children have been fortunate enough to have this an example and influence in their lives.

      I respectfully request and plead for leniency for John as you make your decision. I hope that you will read my letter and the countless others you have received and understand that he is the kind of person that people will rally around, a good father, brother, son and friend.

Thank you for your consideration,
Victoria Kolndreu