# EXHIBIT 17

The Honorable Anne Donnelly

United States Of New York

225 Cadman Plaza East

Brooklyn, NY 11202

Your Honor

I am writing to urge leniency in the sentencing of my mentor John Simonlacaj I have worked/ known John for over 15 years now, I am aware of the crime he is being convicted of, but it is very hard for me to wrap my head around. John showed me how to conduct myself as an owner's representative an employer or an employee this is a man who helped me understand how to run a construction site and gave me the opportunity and the trust I needed to succeed in doing so.

John has always been there for me, willing to lend a hand or offer advice. I honestly can say this man changed my live, I could not have ever made it thus long in this industry without the help and support he has shown me and the advice he has given me

Given his close ties to the community, I strongly believe that a lesser sentence is most appropriate in this situation.

<u>Sincerely</u>

Manush Kraja