From: Renis Lami

██████████

████████

Dt: 01/04/2021

To: The Honorable Frederic Block

United States District Judge

Eastern District of New York

255 Cadman Plaza East

Brooklyn, NY 11201

Your Honor,

My name Is Renis Lami, and I am writing to urge leniency in the sentencing of my friend John Simonlacaj.

I have known John for more than a decade now and he has always been an example to me and to the people that know him as a good friend, a good father, a devoted Christian, someone that build a great carrier on his hard work and a great member of our community.

He was always been there for me and my family whenever we needed help and advice as we were new to this country. He has done the same with countless families and individuals that needed help in their begging. Also, him and his family are well known for their charitable work here and abroad.

I remember when my parents first moved by themselves to this country in 2003, they moved in a small apartment in Yonkers, NY with pretty much just their clothes on their back and not knowing a word of English. John without even mentioning nothing to them, brought painters and painted the whole apartment, then went out and bought most of the furniture for the apartment. And when I joined my parents here in the US in 2006, he got me my first job just a month after I got here and continued to help whenever needed and never asked for nothing in return.

Mind you I didn't know John then and he didn't know my parents much, my father was just an acquaintance of his father from back in Albania. There are many similar stories that you hear about

John in our community. With the years we became friends and I was very proud to have him as a friend.

I understand that he did mistakes and got in trouble with the law, I understand is hard to justify it too, but I ask you kindly to consider leniency toward him in your sentencing as he is an honorable person with values and faith that had a moment of weakness and poor judgment after a long life of good deeds and great accomplishments. I also believe that an extended prison term will be very hard on his older good-hearted parents, his 3 young kids and his wife, and will also be a loss for our community.

Thank you kindly for your time and consideration.


Sincerely

Renis Lami