# EXHIBIT 19

December 3, 2020

The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Block,

My name is Paulin Lufaj. I am a project manager for NGV Industries, Inc., a painting company based out of New York. I have known John Simonlacaj for over 15 years. When I first came to the United States, John was one of the first people to welcome me with open arms. I met him though my cousins Nick and Zef Vataj. He was kind and treated me like family before he even knew me well.

Because I didn't speak English well, it was difficult for me to find a job when I first moved here. People kept turning me down because of the language barrier. Being the good person that he is, John helped me find a job that I would be good at. I was able to become independent because of him. Once I was set up with a job, he also helped me find an apartment to live in.

I credit John with the person I am today. If it wasn't for John, I probably would have given up and moved back to my home country. John means a lot to me and to my family. Please grant him leniency.

Sincerely,

Paulin Lufaj