# EXHIBIT 20

The Honorable Frederic Block

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Date: December 2, 2020


Your Honor,


My name is Diela Lulgjuraj, I am married to John Simolacaj's brother in law (his wife's brother) and sister in law to his wife, Drita.  A little bit about me, I live in Michigan, I am a wife, a mother to 3 sons and full time professional employed by General Motors as an Information Security Program Manager.


I am writing this letter to provide a character reference for John Simolacaj, whom I have known for the past 23 years.  I am aware of the legal situation John is currently facing and am here to support him in any way that I can.


John is a person of great character, kind-hearted, thoughtful, genuine and a humble man.  When I reflect on my observations of John's behavior with the family or on our own interactions, they have always been very pleasant.  For example, when his children were much younger, my mother in law (who also lives in Michigan) would desire to see them on a frequent basis, however, she has always been afraid to travel alone.  John would fly out his wife and their children to Michigan to surprise my mother in law and he would enjoy hearing how happy it made my mother in law feel.


I have also witnessed, many a time, his efforts to make people feel included, for example if he sees someone is alone or a bit shy to interact, he will approach the person and start up a conversation.  He is just that type of person.

I can confirm John is a grateful, church going, family man that surrounds himself with like-minded people.

It is my sincere hope you take this letter into consideration as I believe John is an honorable man and a good human being.

Sincerely,

Diela Lulgjuraj

Mobile: ███████