December 17, 2020
The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Block,

   My name is John Lulgjuraj and I am writing to you for leniency for John Simonlacaj. John is my aunt's husband and I have known him my whole life. When I think of John I think of somebody who is generous, hospitable, and kind. John is a great man who loves his family and truly cares for those around him. My family and I live in Michigan, so when we go to New York to visit him and his family we are always treated very well. He offers to allow us to stay in his home while we are visiting and is just always very hospitable. He is a great father to my cousins, and a great husband to my aunt. I have nothing but great things to say about John. He is a man that just genuinely cares for others and is an upstanding citizen.

Thank you for your time,

John Lulgjuraj