# EXHIBIT 22

The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Date: December 16, 2020

Honorable Judge

My name is Zef Lulgjuraj,  John Simolacaj is my brother- in- law married to my sister Drita.  Some personal info about me, I live in Michigan, I am a husband , a father to 3 sons and full time professional employed by Fiat Chrysler Automobiles working in Product Development Engineering.

I am writing this letter to provide a character reference for John Simolacaj, whom I have known for the past 27 years.

John is a person of whom I have great respect. Throughout the past 27 years I have come to know him as a genuine, thoughtful, God fearing man. When I think about all the memories and interactions I have the past 27 years, I can honestly say they have all been pleasant. For example, whenever myself or my family visited NY ( many many times) John has always made me feel welcome in his home and always made time to to take us sightseeing or take us out on the town for a nice dinner.

I have also witnessed his enjoyment to get family and friends together for some quality time. You can see the happiness in his eyes as he watched our children playing together and having a good time.

Again I would like to state John is a good, genuine, family man  who I am proud to know.

Regards,

Zef Lulgjuraj
█████████████

Sent from my iPhone

1