# EXHIBIT 23

To the Honorable Judge Frederic Block.

My name is Eugene Jackson Mancuso. I am preparing this document for leniency on behalf of John Simonlacaj. I have had the privilege to know John for the past 7 years. In that, time Ihave witnesses a very honest, honorable, caring, compassionate man. He made a positive impact in my life. At one of the most difficult times in my life, he gave me a chance. He believed and inspired me to do better. I can better described how he made a great impact on my life by giving a brief summary. When I first met John, I had no idea what kind of person he was. We had a brief conversation and I mentioned that I was down on my luck and could not find work. I could not afford to feed my family, I owed on my taxes. I was down and depressed. I was a man with no education; no future plans, just trying to get by. Once I mentioned my situation, John without hesitation changed everything for me. He gave me a name and number to use and told me to call his friend; he would help me with employment. With tears in my eyes as I write this letter to you Honorable Judge, he gave me a second chance at life. He did not judge me, and he never asked for anything in return. . What touch my heart the most is he did not know me! I am sure he had family members or friends that needed help, but he took a chance on me. He help me to find my path in life. By helping me he help give my kids an opportunity to a better life. So not only did he change my life, but my kids, and also my grandchildren lives. Currently, I am still employed at the same company. I work as many hours from 40 to 60 hours a week. I am currently in the Union with full benefit, health Insurance for my family. I am current on my taxes, and I owe all my thanks to John for giving me a chance. In conclusion, I pleaded with you to have leniency on John. Allow him a second chance to help others people as he did for me.

Thank you for your time,

*Eugene Jackson Mancuso*
Eugene Jackson Mancuso

"Remember, happiness doesn't depend upon who you are or what you have, it depends solely upon what you think"
-Sent from my IPhone 😃