# EXHIBIT 24

December 15th, 2020

Your Honor,

    I am writing this letter in support of my dear friend John Simonlacaj. Although these are unfortunate circumstances in which I have to advocate for John, I owe him my gratitude and respect. Twenty-four years ago, I immigrated to America not knowing any English, without any money or home. This is a very hard place to be, but a lot of people would not understand this. I was able to find a job helping out in a building where John was the manager at the time. I instantly connected with him due to our common language of Albanian and we quickly became friends. I admired that he was a family man like me and would do anything for his wife and children. He could see that I was struggling although I was too prideful to ask for help. But he helped me anyway by providing me with job opportunities and teaching me everything from plumbing to contracting and even English. Most importantly, John assisted me in acquiring my first superintendent position which I would have never been able to do without him. This paved the way for every job opportunity for the rest of my life. Today I am able to live comfortably in NYC because of all the skills and knowledge that John helped me acquire through years of guidance.

    From the moment I met John, he helped me, and my family more than I could ever imagine. He did not have to help me as I was a complete stranger to him but did so from the kindness of his heart and I will always admire him for that. I have witnessed him help many other people, he would never let his close friends, family and even strangers struggle. His character and willingness to help others is something that is unique and rare. I am honored to speak on his behalf and I thank you for taking the time to read this letter.

Thank you,

*[signature]*

Skender Marku