# EXHIBIT 25

Letter by Sanjay D Naik, MD on 2/9/2021



COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

COLUMBIA CARDIOLOGY - SCARSDALE
700 WHITE PLAINS RD
SCARSDALE NY 10583-5063

February 9, 2021

Re: John Simonlacaj

DOB:

The Honorable Anne M. Donnelly
United States District Judge
and
Lisa Langone
United States Probation Officer

 I am a cardiologist who treats Mr John Simonlacaj. The patient has a medical history of a bicuspid aortic valve from birth, and has a history of tobacco use. He also has class 1 obesity with a Body Mass Index of 31 kg/m2.
 The combination of his history of a congenital aortic valve disorder plus tobacco use and obesity put him at a high risk of complications from a potential COVID-19 infection. In my medical opinion, given the well documented high incidence of COVID spread in correctional facilities, he would be at a higher risk of morbidity and mortality from incaceration than the general public.



SANJAY D. NAIK, M.D.