# EXHIBIT 26

November 30, 2020

The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Block,

    My name is Violate Nikaj and I am writing this letter to respectfully request leniency in the sentencing of my brother in law, John Simonlacaj. I have known John for 26 years. John is a good, hardworking, caring person. He is a devoted husband and father and has given my sister, nephew and nieces the best life.

    The first thing I think of when I think of John, is his good heart and generosity. He has purchased airline tickets for me multiple times so I can visit my sister and her family. When we get there, he goes out of his way to make the trips more fun and enjoyable for everyone. He will take my daughter and his daughter on shopping trips with gift cards from him. He likes to get everyone together so we can all spend quality time with each other.

    It is my sincere hope that the court takes this letter into consideration at the time of sentencing. John is a good human being and you will not regret your decision.

Sincerely,

Violate Nikaj

Violate Nikaj
