# EXHIBIT 28

November 28, 2020

The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Block,

My name is Andrew Nrekaj, and John Simonlacaj is my Uncle. Typically, people would refer to their uncle as "Uncle John", but I have been so close with him for so long that I refer to him affectionately and simply as "Uncle".

For longer than I can remember I have been going over my Uncle's house several times per week, often even sleeping over as well. Even now I can remember him making sure my sister and I drank our milk before bed to make sure we grew up strong. But even this proved not enough time around family and so he would often organize family trips with all his siblings and their families. Lake George, the Hamptons, Hershey Park – every trip centered around his love for his family and willingness to include everyone as we created some of the best memories of our lives together.

As I grew older and ventured into the world of Civil Engineering, I interned with my Uncle for a summer. For that alone I would have been eternally grateful for his inclusiveness and mentorship, but he then allowed me to stay for that summer at his house so that commuting would be simpler for me since I lived so far from Manhattan. I lived with, ate with, commuted with, and hung out with my Uncle for months as we grew ever closer together and I began to see what really made him who he is – dedication. I have seldom met someone so dedicated to his family, to helping others, to loving others and it really shows best when he is taking care of others.

My Uncle has shown me what it is like to be a responsible head of family, how much it means to everyone when they feel included, and just how important family is. My Uncle was there for me when I didn't know I needed it, and I hope this letter not only addresses that about him but I hope it allows me the chance to be there for him now the *he* needs it, too.

Thank you for your time,

*Andrew Nrekaj*
Andrew Nrekaj