# EXHIBIT 29

November 30, 2020

The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Block

My name is Marie Nrekaj and this letter is for my uncle, John Simonlacaj. My uncle and I have always been extremely close. We call him the term for uncle in Albanian, Daja. However, throughout the years I have called him affectionate nicknames for this, such as "Daji" and "Daj", which we always laugh and bond over.

Daja has always been a kind and helpful person. Growing up, my siblings and I spent almost every weekend sleeping over his house. As the littlest of the group, I was often picked on by my older siblings and cousin. Daji was always the one I turned to when I was upset and needed a shoulder to lean on. He would tell me funny jokes to make me laugh and offer words of encouragement until I was feeling better. Daja knew exactly what to say or do to bring smiles to a room.

Daji is the most considerate person I know. If anyone asks him for a favor, he will give it 110% and go above and beyond to make sure it gets done. More than that, though, is that he is always helping, without needing to be asked or thanked. Daja often organized family trips for his sisters, parents, and all of the kids. Putting together a trip and planning things to do for 18 people is a lot of work, however, he never complained and shied away from "thank you". He does not do things for people to receive recognition, rather, he does them out of the kindness and goodness of his heart.

Daja will continue to be an inspiration to me as I continue to pursue a career in the medical field. I strive to have his loving nature and ability to always bring a smile to anyone's face. Whenever someone is in need, I think "What would Daji do" and this has guided me in doing the right thing and making the right choices.

Best,

*Marie Nrekaj*

Marie Nrekaj