# EXHIBIT 35

November 30, 2020

The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Block,

My name is Rita Radoina and I am the youngest of John's sisters. John is 13 years older than me and every memory that I have of my brother is him taking care of me, protecting me, or teaching me in some way. Growing up my parents often worked long hours and I was left to my siblings to look after John always took his role very seriously, in fact some of my earliest memories are of John brushing my hair into a ponytail and taking me into the park across the street from the building we lived in. Throughout my life John has always been there for me whenever I faced any kind of decision or problem and he has always been the first one that I turn to for help. I didn't realize until I was much older that this is the way John interacts with many people.

John never tells anyone else when he helps someone but I've had interactions with people that I've met for the first time in my life who told me about the various ways my brother helped them when they needed it most. Though John would never tell me himself, I knew in those instances that those were the types of things John would do because that is who he is as a person. He is kind, and generous, and empathetic.

John puts family first always, and is the first one there to celebrate an accomplishment as well as the first one there if you're in need. John is the type of brother to sit with you and do mock interviews for hours and tease you until you're not so nervous. He is the kind of uncle that will spend hours explaining American Football to my son because football to his European father is strictly soccer; while in the same sitting listen to my son explain his favorite anime because he's already forgotten what they were discussing. I know these things seem inconsequential, but to us, to our family, they mean everything. Thank you so much for reading this (long winded) letter.

Very Sincerely,

Rita Radoina