# EXHIBIT 40

Thomas Sheridan

12/13/2020

The Honorable Frederic Bloc
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY, 11201

    I am writing to vouch for the character of John Simonlacaj. I have known John for over ten years and know him to be a charitable and thoughtful man. He is a role model for his three children and for his community. I am writing this letter offer a more complete picture of who John is as a person.

    I have seen Johns' giving nature first hand when I had the privilege to assist him in donating meals to the Immaculate Conception Church on multiple occasions. I had the fortune to spend the days with him loading up our trucks with as much food as they can hold and stocking the selves of the church's food bank. John is someone who the local clergy depend on to distribute meals to their community members in need. He is someone they can always depend on to give assistance. I truly believe John does this solely out of the kindness of his heart and I was admire that quality of him.

    John is also a family man and dedicated father to his three kids, all of whom are well-mannered and virtuous citizens. I have always known him to be supportive and exhibit strong values for them to admire. He displays firsthand, through his actions, the characteristics needed for them to become adults who are successful and of service to their community.

    I believe John Simonlacaj to be a noble individual and a valuable member of his community and he continues to have my support. Should you need to verify any of these statements, please feel free to contact me at ▮▮▮▮▮▮▮▮▮▮.

Respectfully,

_____
Thomas Sheridan