# EXHIBIT 51

December 3, 2020

The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Block,

My name is John Vukel. I am a building manager for Silverstein Properties in New York. I have known John Simonlacaj for over 30 years. We met through mutual family friends. Our wives are also close friends. John has always been a person I admire. He is a hard-working, kind, and very generous family man. He is someone everyone should aspire to be like.

Throughout the years I have known John, I have seen him help countless amounts of people, myself included. He always treats people with respect and dignity. He never has a bad word to say about anyone. John is someone who brings people together and makes sure everyone stays connected. He is that person that always invites everyone over to watch football games or for dinner parties. He never leaves anyone out. He makes sure everyone is having a good time and knows how to include everyone in the conversation.

John is a great friend to so many people. It would be a loss on our community if he was sentenced to a long term. Judge Block, please find it in your heart to show John as much leniency as possible.

Sincerely,

*John Vukel*
John Vukel