# EXHIBIT 58

Viktor Zagreda



February 3, 2021

RE: John Simonlacaj Case

To the Honorable Judge Brock,

    I have no hesitation in writing you a reference letter for my long-time friend John Simonlacaj. He has a reputation of being a just man with strong integrity. While I hold no connection to his case to you Your Honor, nor to any influence on the case, I feel that you should know that John is more than just his crime; he truly is a fine man of character.

    I have known John almost all my life. He and his family's notoriety come from their very active role within the Albanian American community in New York and more so, as integral members of our church, Our Lady of Shkodra, in Hartsdale. John grew up volunteering in the church's youth group; dancing in its folk troupe for concerts, organizing fundraisers and supporting church members in need. I developed a close friendship with John in the last 20 years as our wives and families are close friends.

    One thing that you learn quickly about John is that he holds a high standard of integrity, a strong moral compass, and most notably, an unshakeable devotion to his family. A dedicated husband to his wife of twenty plus years, Drita, their son Nikolas (a first-year law student at Pace University) and daughters, ▮▮▮ and ▮▮▮, are always at the forefront of John's love and attention. Not forgetting his support and care for his elderly parents who live with him. He is a model son, husband, father and an American patriot. God, country, family - these are the tenets which John espouses and if you stay with him long enough that conviction influences those around him.

    Altruistic John he lends himself selflessly to anyone in need. Just ask the several dozen friends who made him the best man at their weddings, godfather to their children, aided in getting jobs, helped become US Citizens, donating to the church -the list goes on. When my wife and I lost our parents only a month apart, John made sure to check in by calling and visiting us during our grief. Trying to lift our spirits John would regularly invite us for dinners with his family or out for drinks. Looking back at that time, I truly appreciate how he went out of his way to lift us from our doldrums - it is a testament to his caring for others. It is genuine. And that is what makes John so admirable.

    There has never been a moment that I have doubted John's integrity and moral fortitude. John is a kind and considerate friend. Man is most certainly fallible Your Honor. I only ask that you consider who John is and the impact his absence will have on those who rely so much on him.

Sincerely,

Viktor Zagreda