# EXHIBIT 59

To The Honorable Frederick block

Hi your honor! My name is Mikel Zekaj  known John Simonlacaj since 1987 34 years. Me and father mother and siblings moved from Michigan to New York since 1987 my father bought a  small apartment building! Lived there tell 1993 we end up moving back to Michigan! we  bought a restaurant where we all worked in. I've been in the restaurant business most of my life I end up changing my field for the last 3 years now I'm a paintless dent removal company that repairs dents out of cars! My company's name is DentRisers.
When I lived in New York that's when I was fortunate to meet John. I was hanging out with the wrong crowd trying to make friends! John would say don't hang out with these guys Milel! They're troublemakers. He would pull me away from them. I can actually say John was inspirational for me. I look up to him He is a good friend very good-hearted respectful and religious comes from a very good respectful family. I've seen John plenty of times given money to the unfortunate. John is the type that would give his shirt off his back. When me and my friends come to New York to visit! John always haves a place for us to stay, he goes out of his way buying food then barbecu for us. I have a lot of respect for this man. I pray for him everyday. Please your honor give him another chance in life.

**Sincerely yours**

**Mikel Zekaj**

Sent from my T-Mobile 4G LTE Device

1