UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | SATISFACTION OF JUDGMENT |
| -against- | Docket No. CR-19-0575 (Donnelly, J.) |
| JOHN SIMONLACAJ, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $20,100.00, that is, a fine in the amount of $20,000.00, plus interest, and a special assessment in the amount of $100.00, on June 29, 2021, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on June 29, 2021; and

WHEREAS, said judgment has been fully paid as to the defendant JOHN SIMONLACAJ;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy and discharge the same solely as to the defendant JOHN SIMONLACAJ.

Dated:   Brooklyn, New York
         October 4, 2021

JACQUELYN M. KASULIS
Acting United States Attorney
Eastern District of New York
271 Cadman Plaza East, 8th Fl.
Brooklyn, New York 11201

By:      /s/                  
Sylvia Shweder
Assistant U.S. Attorney
(718) 254-6092