

January 31, 2022

**VIA ECF**

The Honorable Ann M. Donnelly
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

**Glenn Colton**
Partner
212.484.3972 DIRECT
212.484.3990 FAX
glenn.colton@arentfox.com

**Reference Number**
**040714.00002**

Re: **United States v. Simonlacaj, et. al**, 19 cr. 00575 (AMD)

Dear Judge Donnelly,

We represent John Simonlacaj in the above-referenced case. As the Court is aware, Mr. Simonlacaj was sentenced to serve four months' incarceration. He has completed his term of imprisonment, has satisfied the financial aspects of the Judgment of Conviction and is now on supervised release. We write to request that the Court grant Mr. Simonlacaj permission to travel to Montenegro and Albania from May 4 to June 30, 2022 in order to address myriad issues related to his father's estate. His father passed shortly before Mr. Simonlacaj began serving his term of imprisonment.

We have communicated with Mr. Simonlacaj's Probation Officer who has no objection to this request but stated that it required Your Honor's approval. Similarly, AUSA Bensing informed us that the Government has no objection to this request.

Respectfully submitted,

s/ Glenn Colton

Glenn Colton


cc:     Kayla Bensing, AUSA