# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

United States of America

v.

JOHN SIMONLACAJ,
also known as "John Si" and "Smiley"

*Defendant*

**CR 19-575**

Case No.

) BLOCK, J.

MANN. M.J.

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     JOHN SIMONLACAJ, also known as "John Si" and "Smiley"

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ❏ Complaint

❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

Wire fraud conspiracy, in violation of 18 U.S.C. 1349
Filing a false tax return, in violation of 26 U.S.C. 7206(1)

Date:     12/04/2019

_____
*Issuing officer's signature*

City and state:     Brooklyn, New York

Hon. Ramon E. Reyes, Jr., U.S.M.J.
*Printed name and title*

| Return |
| --- |

This warrant was received on *(date)*  12/04/2019  , and the person was arrested on *(date)*  12/06/2019

at *(city and state)*  Brooklyn, NY  .

Date:  12/06/2019

_____
*Arresting officer's signature*

Amy E. Campanaro, Special Agent
*Printed name and title*